**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1102

ERIC E. MILLER,

      Plaintiff – Appellant,

  v.

SUPREME COURT OF VIRGINIA,

      Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:15-cv-00744-HEH)

Submitted:  August 26, 2016   Decided:  October 3, 2016

Before MOTZ and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed and remanded by unpublished per curiam opinion.

Eric E. Miller, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric E. Miller seeks to appeal the district court's order dismissing his civil complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Miller seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Goode v. Central Va. Legal Aid, 807 F.3d 619 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction and remand the case to the district court with instructions to allow Miller to file an amended complaint. The motions to amend the complaint and to order a reparative injunction are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED AND REMANDED

2